USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CareandWear II, Inc.,

        Plaintiff,

–v–

Nexcha L.L.C.,

        Defendant.

20-cv-8773 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint status update letter. Dkt. No. 35. In light of the forthcoming motion for summary judgment, the post-discovery conference scheduled for August 6, 2021, is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated: August 2, 2021
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge