UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/21
```

CareandWear II, Inc.,

        Plaintiff,

–v–

Nexcha L.L.C.,

        Defendant.

20-cv-8773 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 10, 2021, Plaintiff CareandWear II, Inc. filed a motion for partial summary judgment. Dkt. No. 37. Defendant's response, if any, was due August 24, 2021. Because Defendant failed to file any response by the deadline, the Court deems Plaintiff's motion for partial summary judgment to be unopposed. The Court will rule on the motion in due course.

    SO ORDERED.

Dated: September 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge