**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CAREANDWEAR II, INC. d/b/a CARE+WEAR,

                Plaintiff,

-against-

NEXCHA L.L.C.,

                Defendant.
-------------------------------------------------------------X

20 **CIVIL** 8773 (PAE)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 1, 2022, and the Court's Opinion and Order dated January 25, 2022, the Court has granted summary judgment on Care+Wear's breach of contract claim, and judgment is entered in the amount of $317,485, plus pre-judgment interesting dating from August 8, 2020 at a rate of 9%, in the amount of $42,508.20, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York

       February 2, 2022

                                            **RUBY J. KRAJICK**

                                              Clerk of Court

                        BY:

                                                 Deputy Clerk